McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00004-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING; AND ORDER |
| v. | |
| MARIO ALBERTO RANGEL, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Mario Alberto Rangel, attorney for the defendant, that the status conference set for June 8, 2020 at 1:00 pm before the Honorable Barbara A. McAuliffe be vacated and a change of plea hearing be set before the Honorable Dale A. Drozd for June 15, 2020 at 10:00 a.m. The reason for the request is the parties believe the defendant will be prepared to enter a guilty plea on June 15, 2020, negating the need for the status conference.

///
///
///
///
///
///
///
///

Stipulation                          1

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay through June 15, 2020, 2020 is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: May 29, 2020                    Respectfully submitted,

                                       McGREGOR W. SCOTT
                                       United States Attorney

                                By     /s/ Kimberly A. Sanchez
                                       KIMBERLY A. SANCHEZ
                                       Assistant U.S. Attorney

Dated: May 29, 2020                    /s/ Douglas C. Foster
                                       DOUGLAS C. FOSTER
                                       Attorney for Defendant

## **ORDER**

IT IS SO ORDERED that the Status Conference set for June 8, 2020 is VACATED. A Change of Plea is set for **June 15, 2020, at 10:00 a.m. before District Judge Dale A. Drozd.** Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:   **June 1, 2020**                    /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE

Stipulation                                  2