DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
139 W. El Portal Dr.; Suite D
Merced, CA  95348
Telephone: (209) 691-7280
Fax: (209) 691-7290

Attorney for Defendant
MARIO RANGEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIO ALBERTO RANGEL,<br><br>Defendant. | Case No. 1:20-cr-00004-DAD<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>Date:   12/7/2020<br>Time:  9:00 a.m.<br>Judge: Honorable Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in the above-captioned matter now set for December 8, 2020 may be continued to December 21, 2020 at 9:30 a.m.

On November 30, 2020 defense counsel learned that the defendant is currently subject to a quarantine order at the Fresno County Jail. The County Jail quarantine has prevented defense counsel from speaking to Mr. Rangel via Zoom. Additionally, counsel is informed that Fresno County Jail is not currently permitting quarantined inmates to make court appearances via Zoom.

Due to these problems, counsel is requesting a brief continuance to allow Mr. Rangel to clear quarantine and ensure an orderly hearing.

Counsel for the government and the assigned USPO have no objection to the requested date. As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

IT IS SO SIPULATED:

                                            McGREGOR SCOTT
                                            United States Attorney

DATED: 12/2/2020                         _____/s/_____
                                            JUSTIN GILIO
                                            Assistant United States Attorney
                                            Attorney for Plaintiff

DATED: 12/2/2020                         _____/s/_____
                                            DOUGLAS C. FOSTER
                                            Law Offices of Douglas C. Foster
                                            Attorney for Defendant
                                            MARIO A. RANGEL

## ORDER

IT IS SO ORDERED that the sentencing hearing currently set for December 8, 2020, shall be continued to January 5, 2021 at 9:00 a.m.

IT IS SO ORDERED.

Dated: __**December 2, 2020**__                     /s/ Dale A. Drozd
                                            UNITED STATES DISTRICT JUDGE