1

2

3

4

5

6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE EASTERN DISTRICT OF CALIFORNIA

8

UNITED STATES OF AMERICA,   )   Case №: 1:20-CR-00004-1-DAD
)
9           Plaintiff,        )   **O R D E R**
)   **APPOINTING COUNSEL**
10       vs.          )
)
11   MARIO A. RANGEL,      )
)
12         Defendant.     )
)

13

14
     The above named Defendant has, under oath, sworn or affirmed as to his financial

15
inability to employ counsel or has otherwise satisfied this Court that he is financially unable to

16
obtain counsel and wishes counsel be appointed to represent him.  Therefore, in the interests of

17
justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

18
     IT IS HEREBY ORDERED that Yan E. Shrayberman be appointed to represent the

19
above defendant in this case effective *nunc pro tunc* to May 19, 2025.

20

21
     This appointment shall remain in effect until further order of this court, or until the

22
pending criminal matter and any direct appeal is resolved, whichever is first.

23
IT IS SO ORDERED.

24
   Dated:  __**May 20, 2025**__         /s/ Erica P. Grosjean

25
                        UNITED STATES MAGISTRATE JUDGE

26

27

28

-1-