CROWN LAW FIRM
Yan E. Shrayberman (State Bar #253971)
5151 North Palm Ave, Ste 100
Fresno, California 93704
Telephone:   (559) 779-2315
Facsimile:   (559) 442-1567

Attorney for Defendant
Mario Rangel

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\*\*\*

| UNITED STATES OF AMERICA, | Court Case#:  1:20-cr-0004-DAD-BAM-1 |
|---|---|
| Plaintiff, | **MOTION TO TERMINATE CJA APPOINTMENT OF YAN E. SHRAYBERMAN AS ATTORNEY OF RECORD AND ORDER** |
| v. | |
| Mario Rangel | |
| Defendant. | |

On Aril 21, 2025, a petition for violation of supervised release was filed against Defendant Rangel.  CJA Panel Attorney Yan E. Shrayberman was appointed as trial counsel to represent Mr Rangel on May 20, 2025, in his violation of supervised release. Mr Rangel was sentenced on violation of supervised release on July 14, 2025.  The time for filing a direct appeal was July 30, 2025.  No direct appeal was filed.   Mr Rangel was in custody at sentencing. The trial phase of Mr Rangel's criminal case has, therefore, come to an end.   Having completed his representation of Mr Rangel, CJA attorney Yan E. Shrayberman now moves to terminate his appointment under the Criminal Justice Act.

Should Mr Rangel require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-

5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: July 30, 2025                         /s/ Yan E. Shrayberman
                                             CROWN LAW FIRM


                                             _____
                                             YAN E. SHRAYBERMAN
                                             Attorney for Defendant
                                             Mario Rangel

## ORDER

Having reviewed the notice and found that attorney Yan E. Shrayberman has completed the services for which he was appointed, the Court hereby grants attorney Yan E. Shrayberman's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Rangel status and contact information.

**Mario Rangel**
FCI MENDOTA
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 9
MENDOTA, CA   93640

IT IS SO ORDERED.

Dated:  **July 30, 2025**                    _____
                                             DALE A. DROZD
                                             UNITED STATES DISTRICT JUDGE

CROWN LAW FIRM
5151 North Palm, Ste 100
Fresno, CALIFORNIA 93709
Telephone: (559) 779-2315
Facsimile: (559) 4421567